| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 3:98CR101-006(SEC) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Puerto Rico | DIVISION San Juan |
|---|---|---|
| Henry Velasquez-Carrion<br>San Antonio, Texas 78109 | NAME OF SENTENCING JUDGE Hon. Salvador E. Casellas | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 08/27/04    TO 08/26/08 |

OFFENSE  21 USC 846: Conspiracy to Possess with Intent to Distribute at least 2 but less than 3.5 Kilograms of Cocaine.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Puerto Rico

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

16 JUN 05
Date

Hon. Salvador E. Casellas
United States District Judge

RECEIVED & FILED
05 SEP 15 PM 6:17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT of TEXAS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6-29-05
Effective Date

United States District Judge